# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.: 21-mj-38 |
| | : | |
| **ALBERT CIAPELLI,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court and counsel that Assistant United States Attorney Erik Kenerson will substitute as counsel of record for Assistant United States Attorney Jeffrey Nestler. Mr. Nestler is no longer assigned to this case.

        Respectfully submitted,

        MICHAEL R. SHERWIN
        Acting United States Attorney
        New York Bar No. 4444188

By:   /s/ *Erik M. Kenerson*
      Erik M. Kenerson
      Ohio Bar No. 82960
      Assistant U.S. Attorney
      National Security Section, Room 11-909
      United States Attorney's Office
      555 4th Street, N.W.
      Washington, D.C. 20530
      Erik.Kenerson@usdoj.gov
      (202) 252-7201