**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-mj-38** |
| | : | |
| **ALBERT CIARPELLI,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, including confirmation from the parties that Defendant has waived his right to a preliminary hearing, it is hereby

ORDERED that the status hearing scheduled for March 29, 2021 is continued to May 28, 2021 at 1:00 p.m. before Robin M. Meriweather; it is

FURTHER ORDERED that the time between March 29, 2021 and April 7, 2021 shall be excluded from calculation under the Speedy Trial Act, as it was a delay resulting from a pretrial motion. 18 U.S.C. § 3161(h)(1)(D); and it is

FURTHER ORDERED that the time between April 7, 2021 and May 28, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide the parties with additional time to review the voluminous discovery in this matter.

_____
Zia M. Faruqui
United States Magistrate Judge