AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia District of _____

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    1:21-MJ-00038 |
| ALBERT CIARPELLI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ALBERT CIARPELLI

Date:    MAY 1, 2021

                                        *Attorney's signature*

          WILLIAM C. SULLIVAN BAR NO.: NY0406
                *Printed name and bar number*
       109 SOUTH WARREN STREET, SUITE 400
             SYRACUSE, NEW YORK 13202

                                          *Address*

                   sullivanlaw@mac.com
                          *E-mail address*

                       315-476-8144
                        *Telephone number*

                       315-476-8146
                           *FAX number*