UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 21-mj-38 |
| | : | |
| ALBERT CIARPELLI, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the status conference currently scheduled for October 4, 2021 is continued for good cause to November 18, 2021 at 4 p.m. before Magistrate Judge Robin M. Meriweather; and it is further

**ORDERED** that the time between October 4, 2021 and November 18, 2021 shall be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial, as the continuance will allow the government to collate and to produce additional discovery to the defense; and will provide additional time to defense counsel to review this discovery.

*G. Michael Harvey*
*2021.10.08 16:06:07 -04'00'*

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE