UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-mj-38** |
| | : | |
| **ALBERT CIARPELLI,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Based upon the representations in the United States' Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court finds good cause to continue this case for approximately 45 days and to exclude time under the Speedy Trial Act. For the reasons the Court previously found, the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. *See* ECF Nos. 11, 19, and 21; Minute Orders dated May 28, 2021, and July 29, 2021. The conditions that existed at the time of those orders still exist and justify this requested continuance.

Therefore, it is this _____ day of _____, ____,

**ORDERED** that the United States' Unopposed motion to Continue and to Exclude Time Under the Speedy Trial Act, is hereby GRANTED; it is further

**ORDERED** that the status conference presently set for January 4, 2022, is VACATED; it is further

**ORDERED** that this proceeding is continued to _____, 2021, at ____ _____; and it is further

**ORDERED** that the time period from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which an indictment must be filed under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

_____
UNITED STATES MAGISTRATE JUDGE