UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 21-mj-38 |
| : | |
| ALBERT CIARPELLI, : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on March 22, 2022, be continued for good cause to April 19, 2022, at 1 p.m.; and it is further

**ORDERED** that the time between March 22, 2022 and April 19, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and allow time for the defendant and counsel to discuss a potential resolution.

_____
UNITED STATES MAGISTRATE JUDGE