**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-mj-38** |
| | : | |
| **ALBERT CIARPELLI,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to

Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is

hereby

      **ORDERED** that the Motion is **GRANTED**; it is further

      **ORDERED** that the currently scheduled status hearing on June 2, 2022, be continued

for good cause to _____  __, 2022, at ____ a.m./p.m.; and it is further

      **ORDERED** that the time between June 2, 2022, and _____ __, 2022, shall be

excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The

Court finds that the ends of justice served by the granting of such a continuance outweighs the

best interests of the public and the defendant in a speedy trial, as a continuance will provide

the parties additional time to review discovery and allow time for the defendant and counsel

to discuss a potential resolution.

_____
UNITED STATES MAGISTRATE JUDGE