**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  :  | |
| v.  : | **Criminal No. 21-mj-38** |
| : | |
| **ALBERT CIARPELLI,** : | |
| : | |
| Defendant.  : | |

**ORDER**

Based upon the representations in the Unopposed Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on July 5, 2022, be continued for good cause to August 4, 2022 at 1:00 PM; and it is further

**ORDERED** that the time between July 5, 2022, and August 4, 2022, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and additional time to engage in discussions regarding a potential pretrial resolution.

THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE