**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21-mj-38** |
| | : | |
| **ALBERT CIARPELLI,** | : | |
| | : | |
| **Defendant.** | : | |

**<u>ORDER</u>**

Based upon the representations in the Joint Motion to Continue and to

Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is

hereby

      **ORDERED** that the Motion is **GRANTED**; it is further

      **ORDERED** that the currently scheduled status hearing on November 8, 2023, be

continued for good cause to December ____, 2023, at _____ a.m./p.m.; and it is further

      **ORDERED** that the time between November 8, 2023, and December ____, 2023, shall

be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The

Court finds that the ends of justice served by the granting of such a continuance outweighs the

best interests of the public and the defendant in a speedy trial, as a continuance will provide

the parties additional time to review discovery and allow time for the defendant and counsel

to discuss a potential resolution.

 

                             _____
                             HON.
                             UNITED STATES MAGISTRATE JUDGE