# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | **Criminal No. 21-mj-38** |
| : | |
| **ALBERT CIARPELLI,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the currently scheduled status hearing on November 8, 2023, be continued for good cause to December 7, 2023, at 1 p.m.; and it is further

**ORDERED** that the time between November 8, 2023, and December 7, 2023, shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery and allow time for the defendant and counsel to discuss a potential resolution.

_____
HON. ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE