CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Criminal Case No.: 23-cr-398 (CKK) |
| ALBERT A. CIARPELLI ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____     Date: Jan 4, 2024

Hon. Colleen Kollar-Kotelly
United States District Judge