# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :     **Case No. 23-cr-398 (CKK)** |
| v. | : |
| | : |
| **ALBERT CIARPELLI,** | : |
| | : |
|     Defendant | : |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS

In advance of the sentencing hearing scheduled in this matter for May 6, 2024, the United States respectfully files this notice of filing of its video exhibits. The following video exhibits will be delivered to the Court on a thumb drive today, and the same exhibits have been delivered to defense counsel via USAfx.

| Exhibit No. | Description | Notes |
|---|---|---|
| 1 | Video recovered from the defendant's cell phone from the Capitol Grounds | Source video of Image 1 in the government's Sentencing Memorandum |
| 2 | Body worn camera footage from the West Plaza of the Capitol Building | Source video of Images 4, 6, and 7 in the government's Sentencing Memorandum |
| 3 | Video recovered from the defendant's cell phone from inside the Capitol Building | |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088