# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

---

**UNITED STATES OF AMERICA,**
        Plaintiff                                       Case No.: 23-CR-398 (CKK)

v.

**ALBERT CIARPELLI,**
        **Defendant.**

---

## NOTICE OF FILING

Notice is hereby given this 6th day of May 2024, that letters of support are filed on behalf of Albert Ciarpelli.

Dated: May 6, 2024                                             /s/

                                                                  William C. Sullivan, Esq.
                                                                  Attorney for Albert Ciarpelli
                                                                  109 South Warren Street, Suite 400
                                                                  Syracuse, New York 13202
                                                                  (315) 476-8144
                                                                  Bar ID: NY0406