Natasha Arsovska
400 Nichols Ave Apt.2
Syracuse, NY 13206
315-706-8766

08/07/2023

Re: Character Reference for Albert Ciarpelli

To Whom This May Concern,

I am writing this letter to express support for Albert Ciarpelli to whom I have known for seven years as my landlord and can attest to his strong character.

During my relationship with Albert, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. Albert is honest, responsible, and a kind-hearted family-person who has always presented himself with levelheadedness and grace. Throughout my interactions with Albert, I have found him to be a respectful and empathetic individual, always ready to lend a hand and provide support to those around him.

Please do not hesitate to contact me if you should require any further information.

Sincerely,
Natasha

Signature _____

Natasha Arsovska