Michael E. Drake
121 Richfield Blvd.
Mattydale, NY 13211

To Whom It May Concern,

My name is Michael Drake. I am the Brother in Law of Albert Ciarpelli. Al and I have known each other for 30 years.

He is a dedicated family man.
Al has been a loving husband to his wife Cindy. He has raised two wonderful children, John and Jamie.
He is Grandpa to Trey, Lincoln and Roman.

Al is an honest and giving person.
He was the first to stand up as his Father in Law took ill and required transportation to doctor, hospital, grocery stores and any other appointments.
It was made mention that seeing a son in law with the father in law was kind of unusual. That is who Al is.
When his dad passed Al served as Executor. He stood at the forefront to serve his father's interests.
Time after time he has put his own interests second to help his family first.

I have relied heavily on his opinion many times over the years.

I trust this man completely and I am honored to call him my Friend, Family and Brother.

I hope this letter will give you an understanding of the man Al is.

*Michael E. Drake*

Michael E. Drake
174th ATKW, NYANG
Senior Master Sergeant (Retired)


Family of Albert Ciarpelli