LORRAINE DRAKE
121 Richfield Blvd.
Mattydale, NY 13211

Dear Your Honor and District Attorney,

I just want to write this letter to let you know about my brother. I love him and I depend on him. My brother Al is a good man. He helps our family and we do need him here. He helped with my 96-year-old father. He went over and worked on the house, sat with him, talked with him, and even watched him sleep for hours.

When our dad passed last year Al was the strong one when the rest of us fell apart. Al took control and had my father buried with full military honors.

We still mourn for our father. Al still goes over to fix up my father's house because our younger brother still lives there.

My brother Al is a good man. If you were standing next to my brother and struck up a conversation with him, you would say what a nice guy he is.

Please don't judge him for this one incident.

Thank you for your attention in this matter.

*Lorraine Drake*

Lorraine Drake


Family of Albert Ciarpelli