DATE:   June 28, 2023

RE:   Albert Ciarpelli

TO:   Honorable Judge,

    I am writing this brief letter on behalf of Albert Ciarpelli. I have known Albert for nearly fifteen years and I am good friends with Al and his wife Cindy. It has become obvious to me over the years that Al loves his family and his country very much. He is a faithful husband to Cindy and a caring father to his two children as well as a caring grandfather to his three grandsons. Al proudly served his country as a Unites States Marine. He has worked very hard over the years and is an excellent provider for his family.

    When Al is in Syracuse, NY he has attended the small bible church where I preach God's Holy Word. Al has a strong belief in God and he displays a great responsibility in doing what is right. It is my understanding that he has never been in trouble with the law. He is honest and upright, a man of integrity and takes pride in living an excellent lifestyle.

    I have seen Albert give of his personal time to help those in need. He is also been very generous to those who are going through financial struggles. I am also aware that he makes contributions to several charitable organizations. I believe Albert is an outstanding American citizen. I will continue to pray that the court will look favorably upon his life long dedication to family and country.

Sincerely "In Christ,"

*Rocco T. Epolito*

Rocco T. Epolito,
Pastor at Bible Study Fellowship Church