June 22, 2023

To whom it may concern;

Please allow this letter to serve as personal reference for Albert Ciarpelli. I have known Albert personally for almost 30 years. I have known and witnessed his conduct firsthand towards others and myself.

I have always known Al to be kind hearted, generous with his time and monies, and willing to help in whatever way he can. Although I did not know him at the time of service, I have heard him speak both fondly and reverently of his time as a US Marine.

I have known Al in both personal and private settings and in large public environments, from visits to his home, dinner or large family barbeques, and large events. I know him as a hard-working family man, dedicated to his wife, children and grandchildren and am humbled to be considered his friend.

If you have any other question of me, please feel free to contact me at 315-699-9295.

Sincerely,

Leon D. Zurro
Finance Manager

8146 Rizzo Dr
Clay, New York 13041
315-699-9295(H)
315-383-1664(C)