Elizabeth Shreero
6251 Shoreline Drive #2201
St. Petersburg, Florida 33708


June 30, 2023

Re: Al Ciarpelli


To Whom It May Concern,

I have known Al Ciarpelli as a good friend and co-volunteer for the past three years. He and I met while volunteering at First Baptist Church of Indian Rocks in Largo, Florida.
Al is a man of integrity, accountability, and true concern for others. He is the type of person who never misses the opportunity to step up and help others no matter the task. His positive attitude and cheerful demeanor are such a great asset as he serves the needs of others.
As a former educator of 48 years who now volunteers for several organizations in addition to Indian Rocks, I can attest to the fact that I have not served with a more dedicated, reliable, and courteous individual.
I am incredibly honored to know Al as a good friend, valuable co-volunteer, and honorable individual.

Sincerely,

*Elizabeth T. Shreero*

Elizabeth T. Shreero
(727) 418-6122
BShreero@aol.com