June 26, 2023

Eric Goodwin
5251 Gato del Sol Circle
Wesley Chapel  FL  33544

To Whom It May Concern:

I have known Albert Ciarpelli for roughly 7 years.  My wife and I have socialized with Al and his wife, Cindy.  During this period, he has proven himself to be a dependable friend.

Sincerely,

*Eric Goodwin*

Eric Goodwin, M.D. , retired.