**BRENDA PESTILLO**

71 Clifton Street

Waterford, New York 12188

June 24, 2023

Your Honor and District Attorney:

Thank you for the opportunity to support my cousin Albert (Al) Ciarpelli.

The thing that comes to mind most when I think of Al, is that my whole life he has always been a very present part of the family. His strong sense of family is a large part of what has kept the immediate and extended family bond strong.

As long as I can remember, Al has also been a hard worker with a great sense of responsibility. From the time we were young, I remember him working alongside his father, willing to help while absorbing everything he could, which, lead to him learning his livelihood. Being the eldest boy of 4 younger siblings, he also helped his mother with the duties of keeping order in the home.

When my uncle, Al's father, was at the end of life, Al was by his side even if was just to sit with him to be present. During our many family picnics and get togethers, I still see Al as the overseer of his immediate and extended family.

This is how I know Al and I hope you will also.

Truly,

*Brenda Pestillo*

Brenda Pestillo