June 23, 2023

Honorable Judge of the Court,

RE: Albert Ciarpelli

I have known Albert Ciarpelli for over thirty years as a neighbor and friend. He is a respected community member, a loyal husband and good father. Our children attended elementary school together and our families socialized often for events of celebration in the Lyncourt community in Syracuse N.Y. Albert has always been willing to help neighbors and friends in a generous manner and has always made himself available, in particular, to those who are in need. His nature is kind. He loves his family, God and his country.

I am a retired Justice Court Clerk in the Onondaga County area with twenty years experience in dealing with criminal defendants. That experience taught me to recognize willful and intentional criminality. Albert Ciarpelli's life has demonstrated he is a good citizen and a person of trust with only sincere intentions.

It is my honest opinion that he deserves leniency from the Court of law that he stands before as a result of having been in the wrong place at a wrong time on January 6. I respectfully plea for that result for him.

Sincerely,

*Karen A. Frateschi*

Karen A. Frateschi
Retired Court Clerk
Onondaga County Justice Court System